STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANNA C. KARKOON, ESQ.; STATE BAR NO.: 295797

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: akarkoon@tharpe-howell.com

Attorneys for Defendant,
WALMART INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNENE LUNT,<br>Plaintiff,<br>v.<br>WALMART INC., and DOES 1 to 15,<br>Defendants. | Case No. 2:24-CV-02082-JAM-CSK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: August 28, 2023 |

**PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff RAYNENE LUNT ("Plaintiff") and Defendant WALMART INC., by and through their respective counsel of record, hereby stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice.

///

///

///

///

///

///

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**IT IS SO STIPULATED.**

Dated: September 11, 2026

LAW OFFICES OF ROBERT F. BRENNAN A.P.C.

By: ______________________
ROBERT F. BRENNAN
Attorneys for Plaintiff,
RAYNENE LUNT

Dated: September 16, 2026

THARPE & HOWELL, LLP

By: ______________________
STEPHANIE FORMAN
ANNA C. KARKOON
Attorneys for Defendant,
WALMART, INC.

***Pursuant to Local Rule 5-4.3.4(a)(2)(i), Anna Karkoon, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Robert F. Brennan, Esq.<br>Law Offices of Robert F. Brennan, APC<br>6708 Foothill Blvd., Suite 101<br>Tujunga, CA. 91042<br>(818) 249-5291<br>Fax (818) 249-4329<br>Email: rbrennan@brennanlaw.com<br><br>Adam John Stewart<br>Moorad, Clark & Stewart<br>1020 15th Street, Suite 20<br>Modesto, CA 95354<br>(209)526-0522<br>Fax: (209)526-4703<br>Email: adam@mooradclarkstewart.com | Attorneys for Plaintiff,<br>RAYNENE LUNT |

5. a. X **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9/16/2026 | Belinda Porras | */s/ Belinda Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\35000-000\35553\Pleadings\FEDERAL\POS re Ntc of Vol Dismissal.docx

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNENE LUNT,<br>Plaintiff,<br>v.<br>WALMART INC., and DOES 1 to 15,<br>Defendants. | Case No. 2:24-CV-02082-JAM-CSK<br><br>**ORDER RE STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: August 28, 2023 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff RAYNENE LUNT is hereby dismissed in its entirety, with prejudice.

Dated: September 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE